**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**HALO WOODS, LLC**                                                                        **PLAINTIFF**

**v.**                                        **CASE NO. 4:23-CV-00158-BSM**

**WRIGHT'S CABINETS, INC.,** *et al.*                                    **DEFENDANTS**

**<u>JUDGMENT</u>**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE